IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PHIL GALER-CAPP,[1] | § | |
| | § | No. 204, 2021 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN20-02310 |
| CARLEE RANKIN, | § | Petition No. 21-12149 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: July 12, 2021
Decided: July 19, 2021

## **ORDER**

On June 23, 2021, the appellant, Phil Galer-Capp, filed this appeal from a Family Court Commissioner's entry of a protection from abuse order. On June 25, 2021, the Senior Court Clerk issued a notice, by certified mail, directing Galer-Capp to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to consider an appeal directly from a Family Court Commissioner's order. Galer-Capp received the notice to show cause on June 29, 2021. A timely response to the notice to show cause was due on or before July 9, 2021. To date, Galer-Capp has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice